**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1669**

SHOMARI SALIM DALEY,

        Plaintiff - Appellant,

      v.

STATE OF MARYLAND; CIRCUIT COURT OF MONTGOMERY COUNTY, MD; THE EXCHANGE AT WHEATON STATION; FAMILY SERVICES INC.; CHRISTOPHER CALANGAN, Service Coordinator, Family Services, Inc.; HOUSING INITIATIVE PROGRAMS; KIM PINDELY, Housing Initiative Programs,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge. (8:18-cv-01151-PX)

Submitted: September 13, 2018          Decided: September 17, 2018

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shomari Salim Daley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shomari Salim Daley appeals the district court's order dismissing his complaint without prejudice for failure to comply with the court's order requiring Daley to amend the complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Daley v. Maryland*, No. 8:18-cv-01151-PX (D. Md. May 22, 2018). We also deny Daley's motion for a default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the court dismissed the complaint without prejudice, it is clear that further amendment to the complaint would not likely cure the complaint's defects, so we may exercise jurisdiction over the appeal. *Cf. Goode v. Cent. Va. Legal Aid Soc'y*, 807 F.3d 619, 623, 628 (4th Cir. 2015) (order dismissing complaint without prejudice not appealable under 28 U.S.C. § 1291 (2012) if plaintiff could save action by amending complaint).